# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MELISSA MARSHALL, | : |
| Plaintiff, | : |
| | Case No. 3:14cv00144 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 4, 2015 (Doc. #17) is ADOPTED in full;

2. No finding is made as to whether Plaintiff Melissa Marshall was under a "disability" within the meaning of the Social Security Act;

3. This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendations and the instant Decision and Entry; and

4. The case is terminated on the docket of this Court.

June 24, 2015                                             */Thomas M. Rose

                                                                                                          _____
                                                                                                       Thomas M. Rose
                                                                             United States District Judge