# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELISSA MARSHALL, | : | |
| Plaintiff, | : | Case No. 3:14cv00144 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

# DECISION AND ENTRY

This case is before the Court upon the parties' Joint Stipulation For An Award Under The Equal Access to Justice Act (EAJA). (Doc. #21). The parties have stipulated to an award of attorney fees to Plaintiff in the amount of $4,000.00. The parties have further agreed that the EAJA award will be paid to Plaintiff and that an award in the agreed amount will settle all of Plaintiff's EAJA claims under this suit.

Under the parties' agreement, any EAJA fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt she owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

Accordingly, the Court hereby **ORDERS** that:

1. The Parties' Joint Stipulation To An Award Under EAJA (Doc. #21) is GRANTED, and the Commissioner shall pay Plaintiff's attorney fees in the total amount of $4,000.00;

2. The Commissioner shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States that is subject to offset.  If no such pre-existing debt exists, the Commissioner shall pay the EAJA award directly to Plaintiff's attorney;

3. Plaintiff's Motion For Attorney Fees (Doc. #20) is DENIED as moot; and

4. The case remains terminated on the docket of this Court.

July 29, 2015                                                                                   *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge